**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-07161    BKT** |
| **JOSE ANTONIO LOPEZ CANCEL CARMEN NEREIDA MEDINA GONZALEZ** | **Chapter 7** |
| | **Adversary No.  16-00001** |
| **Debtor(s)** | |
| **WILFREDO SEGARRA CHAPTER 7 TRUSTEE** | |
| **Plaintiff** | |
| **vs.** | |
| **BPPR AS SERVICER AGENT OF FREDDIE MAC; JOSE ANTONIO LOPEZ CANCEL; CARMEN NEREIDA MEDINA GONZALEZ** | |
| **Defendant(s)** | **FILED & ENTERED ON 03/15/2018** |

**<u>OPINION & ORDER</u>**

Before the court is Debtor/Defendants' *Motion for Summary Judgment* [Dkt. No. 37]; Plaintiff Chapter 7 Trustee, Wilfredo Segarra's *Opposition to Motion for Summary Judgment and Counter Motion for Summary Judgment* [Dkt. No. 49]; and Debtor/Defendants' *Reply to Trustee's Opposition to Motion for Summary Judgment and Opposition to Counter Motion for Summary Judgment* [Dkt. No. 50]. For the reasons stated in the Chapter 7 Trustee's *Opposition to Motion for*

*Summary Judgment and Counter Motion for Summary Judgment* [Dkt. No. 49], whose findings of fact and conclusions of law are hereby adopted in their totality by the court, the Chapter 7 Trustee's counter motion for summary judgment is GRANTED.

As such, the court determines that mortgage deed no. 734 currently held by Co-Defendant Banco Popular de Puerto Rico over Debtor's property is an avoidable transfer pursuant to 11 U.S.C. §§ 544 and 549. In addition, the mortgage lien is preserved in favor of the estate as per 11 U.S.C. § 551. Clerk to enter judgment.

SO ORDERED

San Juan, Puerto Rico, this 15th day of March, 2018.

Brian K. Tester
U.S. Bankruptcy Judge